JS-6

# United States District Court
# Central District of California

ROBERT EDEZA,

     Plaintiff,

     v.

VENICE BAKERY ET AL.,

     Defendants.

Case № 2:21-cv-08087-ODW (MAAx)

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

The Court, having considered the parties' Stipulation for Dismissal Without Prejudice Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby dismisses without prejudice the above-entitled action.  Each party shall bear its own costs and attorneys' fees.  The Court **VACATES** all dates and deadlines.  The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

February 22, 2023

_____

**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**